UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY EUGENE LEWIS,<br><br>      Plaintiff,<br><br>  v.<br><br>KING COUNTY and CITY OF SEATTLE,<br><br>      Defendants. | Case No. C19-1601-RSM<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Brian A. Tsuchida recommending denial of Plaintiff's application to proceed *in forma pauperis* (IFP). Dkt. #4. No objections were filed in this matter. The Court, having reviewed the R&R and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff is directed to pay the $400.00 filing fee within **thirty (30) days** of this Order.

(3) The Clerk is directed to send copies of this Order to Plaintiff.

DATED this 18 day of November 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1